UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KAREN QUINN : CIVIL ACTION NO.
    Plaintiff : 302CV199(AHN)

v. :

MYSTIC COMMUNITY CENTER, INC : December 23, 2003
    Defendant :

**PLAINTIFF'S MOTION FOR PERMISSION TO FILE A
SUPPLEMENTAL MEMORANDUM IN SUPPORT OF HER
MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS**

    The Defendant filed its counterclaims in this matter on August 28, 2003. The Plaintiff has filed a motion to dismiss the counterclaims pursuant to Fed.R.Civ.P. 12(b)(6), and the parties have briefed that motion. Following the filing of the Plaintiff's reply brief, the Defendant provided the Plaintiff with its Fed.R.Civ.P. 26(a)(1) initial disclosure of documents.

    Documents provided in the initial disclosures are referred to and relied upon by the Defendant in pleading its counterclaim. These documents – checks reflecting withdrawals from two trust accounts belonging to the Defendants -- demonstrate unequivocally that Defendant's counterclaims must fail. Though courts generally are limited on a motion to dismiss to the contents of the pleadings, the Second Circuit has held that documents referred to or relied on by the pleader in preparing its pleading may be considered. International Audiotext Network, Inc. v. American Telephone and Telegraph Company, 62 F.3d 69, 72 (2nd Cir. 1995).

    Therefore, the Plaintiff respectfully requests that the Court permit her to file the attached Supplemental Memorandum supporting her motion to dismiss,

including the checks reflecting the withdrawals described in the Defendant's counterclaims.

                        RESPECTFULLY SUBMITTED

                        THE PLAINTIFF,

By_____
    Peter Goselin ct 16074
    Livingston, Adler, Pulda,
    557 Prospect Avenue
    Hartford, CT  06105-2922
    (860) 233-9821

## CERTIFICATE OF SERVICE

  This certifies that a copy of the foregoing Plaintiff's Motion For Permission To File A Supplemental Memorandum In Support Of Her Motion To Dismiss Defendant's Counterclaims has been mailed, first class mail, postage pre-paid on this 23rd day of December, 2003 to the following counsel of record:

Michael J. Rose, Esquire
Howd & Ludorf
66 Wethersfield Avenue
Wethersfield, CT 06114

_____
Peter Goselin