UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| INGRID WALKER,<br>    Plaintiff, | : | 3:02cv199(AHN) |
| | : | 2004 SEP 23 P 2: 12 |
| v. | : | U.S. DISTRICT COURT<br>BRIDGEPORT CONN |
| | : | |
| THE ACCESS AGENCY,<br>    Defendants. | : | |

### REFERRAL TO MAGISTRATE JUDGE

The captioned is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

___ All purposes including trial upon written request by all parties (orefcs.)

___ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

___ To supervise discovery and resolve discovery disputes. (orefmisc./dscv)

___ A ruling on the following pending motions:

XXX A settlement conference (orefmisc/cnf)

___ A scheduling conference (orefmisc/cnf)

___ Other: Status Conference (orefmisc./misc)

So ordered this 22 day of September, 2004, at Bridgeport, Connecticut.

_____
Alan H. Nevas,
Senior U.S. District Judge