UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INGRID WALKER | : | CIVIL ACTION NO: |
|     Plaintiff | : | 302CV199(AHN) |
| | : | |
| v. | : | |
| | : | |
| THE ACCESS AGENCY | : | October 19, 2004 |
|     Defendant | : | |

## PLAINTIFF'S LIST OF WITNESSES FOR TRIAL

Pursuant to the Court's trial preparation order, the Plaintiff provides this list of witnesses that she will or may call at trial:

**INGRID WALKER:** The Plaintiff will testify regarding her employment by The Access Agency; her skills, qualifications, and experience; the skills, qualifications, and experience of her subordinate, Robyn Denson; her interactions with The Access Agency regarding her medical leave of absence, and her damages.

**ANITA CONNOR:** The Plaintiff will call Ms. Connor as a F.R.E. 611(c) adverse witness. Ms. Connor was the Acting Executive Director of The Access Agency at the time of the Plaintiff's request for medical leave of absence. Connor will testify regarding her knowledge of The Access Agency's policies and procedures; the Plaintiff's employment by The Access Agency; her knowledge of the Plaintiff's request for medical leave; her treatment of the Plaintiff while on medical leave; and her knowledge of the skills, qualifications, and experience of the Plaintiff and of Robyn Denson.

**NORA GREGONIS:** The Plaintiff will call Ms. Gregonis as a F.R.E. 611(c) adverse witness. Ms. Gregonis was a co-worker of the Plaintiff and of Connor.

Ms. Gregonis will testify regarding her knowledge of The Access Agency's policies and procedures and its treatment of the Plaintiff while the Plaintiff was on medical leave.

**ROCCO TRICARICO:** The Plaintiff will call Mr. Tricarico as a F.R.E. 611(c) adverse witness. Mr. Tricarico was the Executive Director of The Access Agency at the time of the Plaintiff's termination. Mr. Tricarico will testify regarding The Access Agency's policies and procedures; the Plaintiff's employment and the termination of the Plaintiff's employment; and the employment and subsequent contracting and re-employment of Robyn Denson.

**ROBYN DENSON:** The Plaintiff will call Ms. Denson as a F.R.E. 611(c) adverse witness. Ms. Denson was the Plaintiff's subordinate, was assigned the Plaintiff's duties while she was on medical leave, and replaced the Plaintiff after her termination. Ms. Denson will testify regarding her work for The Access Agency, as an employee and as a contractor.

**MARY JANE RYAN:** The Plaintiff will call Attorney Ryan as a F.R.E. 611(c) adverse witness. Attorney Ryan is not trial counsel in this matter, but served as the liaison between the Plaintiff's attorney and the Defendant while the Plaintiff was on medical leave of absence and at the time of the Plaintiff's termination. Attorney Ryan will testify about communications of factual information between herself and Executive Director Tricarico about the Plaintiff's FMLA status and planned return to work in March and April 2001.

THE PLAINTIFF,

By_____
Peter Goselin ct 16074
Livingston, Adler, Pulda,
557 Prospect Avenue
Hartford, CT  06105-2922
(860) 233-9821

## **CERTIFICATE OF SERVICE**

      This certifies that a copy of the foregoing Plaintiff's list of Witnesses for Trial has been mailed, first class mail, postage pre-paid on this 19th day of October, 2004 to the following counsel of record:

Gabriel J. Jiran
Shipman & Goodwin, LLP
One Constitution Plaza
Hartford, CT 06103

                                                      Peter Goselin