# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## APPEARANCE

FILED
2004 OCT 26 P 12:09

INGRID WALKER
    Plaintiff

CASE NUMBER: 302CV199(AHN)

V.

THE ACCESS AGENCY
    Defendant

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:
        Ingrid Walker

10/25/04
Date

ct#08755
Connecticut Federal Bar Number

(860) 233-9821
Telephone Number

(860) 232-7818
Fax Number

twmeiklejohn@lapm.org
E-mail address

_____
Signature

Thomas W. Meiklejohn
Print Clearly or Type Name

557 Prospect Avenue
Address

Hartford, CT 06105

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Gabriel J. Jiran
Shipman & Goodwin, LLP
One Constitution Plaza
Hartford, CT 06105

_____
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001