**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| INGRID WALKER | : | CIVIL ACTION NO: |
|     Plaintiff | : | 302CV199(AHN) |
| | : | |
| v. | : | |
| | : | |
| THE ACCESS AGENCY | : | October 25, 2004 |
|     Defendant | : | |

## PLAINTIFF'S TRIAL EXHIBIT LIST

001    Handwritten document showing Walker employment history (ACCESS 1)

002    Job Description – Director of Economic Development  (156-157)

003    Job Description – Director of Program Development  (398-399)

004    Generations medical note re: Walker, 11/17/00  (204)

005    HR letter to Walker re: FMLA leave, 11/20/00  (202)

006    ACCESS termination letter to Walker, 11/28/00

007    Walker letter to Connor 11/30/00

008    Employee Status Change Form for Walker, 12/4/00

009    ACCESS letter to Walker, 12/7/00

010    Walker letter to Connor 12/15/00  (203)

011    Benefit Acc Balance Hours for Walker 2/10/01  (163)

012    Employee Termination/Lay-Off Form for Walker, 4/20/01  (2)

013    Letter from Attorney Goselin to Attorney Ryan, 2/26/01

014    Letter from Attorney Ryan to Attorney Goselin, 4/17/01

015    ACCESS Development/Marketing Proposal by Denson (649-650)

016    Memorandum between Denson and ACCESS (651)

017    Denson invoice to ACCESS for July – September 2001 (647)

018   ACCESS form showing Denson invoice for July – September 2001  (646)

019   ACCESS check to Denson 10/05/01 for $2,516.25 (643)

020   Denson invoice to ACCESS for October 2001  (639)

021   ACCESS form showing Denson invoice for October 2001 (638)

022   ACCESS check to Denson 11/02/01  (637)

023   Denson invoice to ACCESS for November 2001  (635)

024   ACCESS form showing Denson invoice for November 2001  (634)

025   ACCESS check to Denson 12/21/01  (633)

026   Denson invoice to ACCESS for December 2001  (631)

027   ACCESS check to Denson 1/11/02 (629)

028   ACCESS Verified Answer to CHRO Complaint and Schedule A responses, 7/9/01

029   ACCESS Agency Management Personnel Polices

030   ACCESS Agency's responses to Plaintiff's First Set of Interrogatories

        THE PLAINTIFF,

By_____
Peter Goselin ct#16074
Livingston, Adler, Pulda,
557 Prospect Avenue
Hartford, CT  06105-2922
(860) 233-9821

## **CERTIFICATE OF SERVICE**

      This certifies that a copy of the foregoing Plaintiff's Trial Exhibit List has been mailed, first class mail, postage pre-paid on this 25th day of October, 2004 to the following counsel of record:

Gabriel J. Jiran
Shipman & Goodwin, LLP
One Constitution Plaza
Hartford, CT 06103

                                                Peter Goselin