# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

APPEARANCE

INGRID WALKER
    Plaintiff

V.

THE ACCESS AGENCY

CASE NUMBER: 302CV199 (AHN)

2004 OCT 28 P 12:50

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Ingrid Walker

| | |
|---|---|
| 10/27/04 | *Signature* |
| Date | Signature |
| ct#17326 | Deborah L. Mckenna |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| (860) 233-9821 | 557 Prospect Avenue |
| Telephone Number | Address |
| (860) 232-7818 | Hartford, CT 06105 |
| Fax Number | |
| dlmekenna@lapm.org | |
| E-mail address | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:
Gabriel J. Jiran
Shipman & Goodwin, LLP
One Constitution Plaza
Hartford, CT 06105

*Signature*

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001