**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| INGRID WALKER | : | CIVIL ACTION NO: |
| Plaintiff | : | 302CV199(AHN) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| THE ACCESS AGENCY | : | |
| Defendant | : | October 27, 2004 |

<u>NOTICE OF MANUAL FILING</u>

Please take notice that Plaintiff, Ingrid Walker has manually filed the following

document:

**Appearance**

This document has not been filed electronically because

[ **X** ] the document cannot be converted to an electronic format
[    ] the electronic file size of the document exceeds 1.5 megabytes
[    ] the document is filed under seal pursuant to Local Rule of Civil Procedure
    5(d) or Local Rule of Criminal Procedure 57(b)

[    ] Defendant is excused from filing this document by Court order.

The document has been manually served on all parties.

RESPECTFULLY SUBMITTED,


BY:_____
    Deborah L. McKenna ct#17326
    Peter Goselin ct#06074
    Livingston, Adler, Pulda,
    Meiklejohn & Kelly P.C.
    557 Prospect Avenue
    Hartford, CT 06105
    phone: (860) 233-9821
    fax:    (860) 232-7818

## <u>CERTIFICATE OF SERVICE</u>

This hereby certifies that a copy of the foregoing Notice of Manual Filing has been mailed first-class, postage pre-paid on this 27th day of October 2004 to all counsel of record as follows:

Gabriel J. Jiran
Shipman & Goodwin, LLP
One Constitution Plaza
Hartford, CT 06103


_____
Deborah L. McKenna