UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

INGRID WALKER

V.                    Case Number: 3:02cv199 (AHN)

ACCESS AGENCY

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on 11/02/04 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on December 2, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, November 3, 2004.

                KEVIN F. ROWE, CLERK

                By: /s/ Alice Montz_____
                     Alice Montz
                     Deputy Clerk